IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA BEAUCHAMP, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-7170 |
| | : | |
| THE PENN MUTUAL LIFE INSURANCE COMPANY | : : | |

## ORDER

AND NOW, this 29th day of July, 2011, it is ORDERED

(1) Plaintiffs' Motion to Proceed as a Collective Action Pursuant to 29 U.S.C. § 216(b) and to Facilitate Notice to Potential Plaintiffs (Document 16) is GRANTED;

(2) Potential collective action members shall include individuals employed to work at Defendant's home office in Horsham, Pennsylvania, whose employment was terminated by Defendant as part of an alleged reduction in force, reorganization, or job elimination between May 22, 2009, and a date in 2010 to be determined following the meet and confer process described in paragraph 3 below;

(3) The parties shall meet and confer on an appropriate form of notice to members of the collective action and shall submit a proposed notice to the Court by August 12, 2011. As part of the meet-and-confer process, the parties shall make good faith efforts to resolve the issue of the appropriate end date of the collective action period. If the parties are unable to resolve this issue, the parties shall submit letter briefs of no more than two pages on this issue to the Court by August 12, 2011; and

(4) A status conference shall be held on August 19, 2011, at 9:00 a.m. in Courtroom 8B to discuss any issues relating to the proposed notice and to set the schedule for the

remainder of the case.

                                          BY THE COURT:

                                            /s/ Juan R. Sánchez  
                                          Juan R. Sánchez, J.