**APPENDIX B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| PATRICIA BEAUCHAMP, RALPH CREWS, AND WILLIAM GRUCCIO, |
| Plaintiffs, |
| v. |
| THE PENN MUTUAL LIFE INSURANCE COMPANY, |
| Defendant. |

Civil Action No. 2:10-07170 (JS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Counsel for Plaintiffs Patricia Beauchamp, Ralph Crews, William Gruccio, Diane R. Battilana, Robert Bevan, Kristin Bonner, Rosario Cecco, Richard J. DeCarolis, Robert F. Foerster, Bruno F. Gargiulo, Nancy S. Glasberg, Paul D. Hurst, Sandra L. Jefferson, Georgia Koenig, Norman R. Lazarus, Hazel E. Love, Karen L. McDade, Stanley J. Pleskunas, Frederick M. Rackovan, Geraldine Russell, John D. Schoeler, Alan Silverman, Josie Slutsky, and William Thomas (collectively referred to herein as "Plaintiffs") and counsel for Defendant The Penn Mutual Life Insurance Company, hereby stipulate that the Complaint and all claims asserted by the Plaintiffs in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties shall bear their own attorneys' fees and costs.

10

Respectfully submitted,

CONSOLE LAW OFFICES LLC

_[signature]_

Carol A. Mager, Esquire
Stephen G. Console, Esquire
Marjory P. Albee, Esquire
James M. Duttera, Esquire
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

Attorneys for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP

_[signature]_

Steven R. Wall, Esquire
Paul C. Evans, Esquire
Michael C. Higgins, Esquire
Sarah E. Pontoski, Esquire
A. Klair Spiller, Esquire
1701 Market Street
Philadelphia, Pennsylvania 19103
215.963.5000

Attorneys for Defendant
The Penn Mutual Life Insurance Company